PD-0944-15

July 20, 2015

Dear Sir/madam

    I am requesting an extension to file my Petition For Discretionary Review, due to the fact that I recieved the response from the Court of Appeals, from my attorney on the date of friday July 17, 2015. The courts opinion for cause no 51,627 C, No 02-13-00216 CR was delivered, I believe to my attorney mark H. Barber, April 30, 2015. Because of my attorney's failure to send me the decision of the Court of Appeals, in a timely manner.... I ask for this extension.

    I thank you for your time, as well as your timely response!

Ezekiel Wiggins
1873308 7 I 34 T
3001 S. Emily Ar,
Beeville, JH 78102

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL ? ????

Abel Acosta. Clerk